IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


**CLARENCE L. HENRY,**

    Petitioner,

vs.                                                      Case No. 3:15cv248-LC/CAS

**JULIE JONES, Secretary,**
**Florida Department of Corrections,**

    Respondent.

_____/


### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 3, 2015.  Doc. 7.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed by Clarence L. Henry pursuant to 28 U.S.C. § 2254, is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 14th day of August, 2015.

s/*L.A. Collier*
**LACEY COLLIER**
**Senior United States District Judge**